UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------X

YEVGENIYA BLYAKHER,

          Plaintiff,

    - against -

KNISH NOSH, INC.,

          Defendant.

------------------X

ORDER

CV 2004-3548 (SLT)(MDG)

The parties having advised at a conference before Magistrate Judge Go on September 20, 2005 that they consent to discontinuance of this action without prejudice to recommencement in state court, it is

ORDERED, that this action be, and hereby is, discontinued without prejudice.

Dated:    Brooklyn, New York
           September 21, 2005

/s/ SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE